# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BETTY VANTREE and CYNTHIA RAYBORN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE GULF INSURANCE COMPANY and MOUNTAIN LAUREL ASSURANCE COMPANY, Ohio corporations,<br><br>Defendants. | Civil Action No.: 4:22cv70-DMB-JMV |

## ORDER GRANTING BRIEFING SCHEDULE

Upon consideration of the Parties' Joint Motion to Set Schedule for the Filing of Amended Complaint and Response, the Court hereby enters a briefing schedule as follows:

- Plaintiffs shall file the Amended Complaint by August 1, 2022;

- In light of the forthcoming Amended Complaint, Defendants are relieved of the obligation to respond to the original complaint; and

- Defendants will answer or otherwise respond to the Amended Complaint by August 31, 2022.

**SO ORDERED**, this 1st day of August, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

AGREED TO BY:

s/ *Thomas M. Flanagan, Jr.*
Thomas M. Flanagan, Jr.
Mississippi Bar No. 5211

s/ *Adam J. Spicer*
Adam J. Spicer
Mississippi Bar No. 102880

**THOMAS M. FLANAGAN, JR.**
P O Box 1081
202 W. Market St.
Greenwood, MS 38935
662-453-6626
Fax: 662-453-2777
Email: tomflanagan@bellsouth.net

*s/ Amy L. Judkins*
Amy L. Judkins (admitted *pro hac vice*)
**NORMAND PLLC**
3165 McCrory Place, Ste. 175
Orlando, FL 32803
407-603-6031
Fax: 888-974-2175
Email: amy.judkins@normandpllc.com

*Counsel for Plaintiff*

**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, GA 30309-352
Tel.: (404) 572-2711
Fax: (404) 572-5100
aspicer@kslaw.com

*Counsel for Defendants*