# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| BETTY VANTREE and CYNTHIA RAYBORN, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiffs,<br><br>    v.<br><br>PROGRESSIVE GULF INSURANCE COMPANY and MOUNTAIN LAUREL ASSURANCE COMPANY, Ohio Corporations<br><br>    Defendants. | Case No. 4:22-cv-70-DMB-JMV |

## AMENDED ORDER GRANTING JOINT MOTION FOR EXTENSION OF EXPERT-RELATED DEADLINES

On or about April 4, 2023, the Court entered an order [45] granting the joint motion for extension of expert-related deadlines [44].

Following a telephonic status conference with the parties on June 5, 2023, it was determined that it is necessary to amend the aforementioned order [45]. Therefore, the deadlines shall be and are hereby amended as follows:

1) Defendant's expert designation deadline shall be September 26, 2023; and

2) Expert depositions shall be permitted through October 27, 2023.

All other deadlines shall remain unchanged.

**SO ORDERED,** this the 7th day of June, 2023.

> */s/ Jane M. Virden*
> Jane M. Virden
> United States Magistrate Judge